

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00496-CV

**CALUMET SAN ANTONIO REFINING, LLC** and Calumet Specialty Products Partners, L.P.,
Appellants

v.

**TEXSTAR MIDSTREAM LOGISTICS, LP,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10015
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The original due date for appellee's brief is September 3, 2019. Appellee has filed a motion for extension of time in which to file its brief, requesting the due date be extended to November 4, 2019.

Appellee's motion is **GRANTED**. Appellee's brief is due on or before November 4, 2019. **Further requests for an extension of time in which to file appellee's brief are disallowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court